COURTROOM DEPUTY MINUTES    DATE: JANUARY 5, 2007
MIDDLE DISTRICT OF ALABAMA
                                              DIGITAL RECORDING: 3:31 - 3:37

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**     DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06CR-287-MHT-CSC**     DEFT. NAME: **JENNIE MASSEY**

USA: **A. CLARK MORRIS**     ATTY: **GWENDOLYN KENNEDY**

Type Counsel: ( √ ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: **SANDRA WOODS**

Defendant ____ does ____ does NOT need an interpreter; NAME: _____

- √ Kars.   Date of Arrest **1/5/07**   or   ☐ Rule 5 Arrest
- √ kia.   Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ Finaff.   Financial Affidavit executed  ☐ to be obtained by PTS;  ☐ ORAL Motion for Appt. Of Counsel.
- ☐ koappted   ORAL ORDER appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG**  ☐ held;
       ☐ Set for _____ ;  ☐ **Prelim. Hrg** Set for _____
- ☐ kotempdtn.   ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- √ kocondrls.   Release order entered.  ☐ Deft. advised of conditions of release.
- √ kbnd.   √ **BOND EXECUTED** (M/D AL charges) $ **10,000**   Deft released (kloc LR).
           ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.   Identity/Removal Hearing  ☐ set for _____ ;  ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.   Waiver of Preliminary hearing;
- ☐   Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- √ Karr.   ARRAIGNMENT SET FOR: _____  √ **HELD.** Plea of **NOT GUILTY** entered.
       √ Trial Term **2/5/07**   ☐ PRETRIAL CONFERENCE DATE: _____
       √ DISCOVERY DISCLOSURES DATE: **1/9/07**