1  Gwendolyn Thomas Kennedy
   3379 Watchman Drive
2  Montgomery, Alabama 36116
   Telephone: (334) 273-1261
3
4  Attorney for Jennie Massey

5

6  The United States of America,                    Case No.: No. 2:06CR287-MHT

7          Plaintiff,                               NOTICE OF APPEARANCE

8       vs.

9  Jennie Massey,

10         Defendant

11 **COMES NOW, GWENDOLYN THOMAS KENNEDY**, and hereby submits this Notice of
   Appearance as attorney of record on behalf of the Plaintiff, **Jennie Massey**,
12 in the above styled cause. Copies of all notices, motions, pleadings, etc.,
13 should be sent to undersigned counsel at the address indicated below.
14
15     **RESPECTFULLY SUBMITTED** this the 12th day of January 2007.
16
17
18
19                                                  Gwendolyn Thomas Kennedy
                                                    KEN025
20                                                  3379 Watchman Drive
                                                    Montgomery, Alabama
21                                                  36116
                                                    Telephone:(334) 273-1261
22                                                  Gwendolyn Thomas Kennedy
23
24
25

Notice of Appearance - 1

3379 Watchman Drive
Montgomery, Alabama 36116
Telephone: (334) 273-1261

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document has been served on counsel listed below by placing a copy of the same in the United States mail postage prepaid and properly addressed on this the 12th day of January, 2007.

Leura Canary,

U.S. Attorney for

The Middle District of Alabama

1 Church Street

Montgomery, Alabama 36102

_____
OF COUNSEL

Notice of Appearance - 2

3379 Watchman Drive
Montgomery, Alabama 36116
Telephone: (334) 273-1261