| | |
|---|---|
| Glenn D. Zimmerman<br>3379 Watchman Drive<br>Montgomery, Alabama 36116<br>Telephone: (334) 273-1261<br><br>Attorney for Jennie Massey | RECEIVED<br><br>2007 JAN 12 A 11: 47 |
| The United States of America,<br><br>       Plaintiff,<br><br>  vs.<br><br>Jennie Massey,<br><br>       Defendant | Case No.: No. 2:06CR287-MHT<br><br>**NOTICE OF APPEARANCE** |

**COMES NOW, Glenn D. Zimmerman,** and hereby submits this Notice of Appearance as attorney of record on behalf of the Plaintiff, **Jennie Massey,** in the above styled cause. Copies of all notices, motions, pleadings, etc., should be sent to undersigned counsel at the address indicated below.

    **RESPECTFULLY SUBMITTED** this the 12th day of January 2007.

                                      Glenn D. Zimmerman
                                      ZIM002
                                      3379 Watchman Drive
                                      Montgomery, Alabama 36116
                                      Telephone:(334) 273-1261

Notice of Appearance - 1                                3379 Watchman Drive
                                                      Montgomery, Alabama 36116
                                                      Telephone: (334) 273-1261

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document has been served on counsel listed below by placing a copy of the same in the United States mail postage prepaid and properly addressed on this the 12th day of January, 2007.

Leura Canary,

U.S. Attorney for

The Middle District of Alabama

1 Church Street

Montgomery, Alabama 36102

_____
OF COUNSEL

Notice of Appearance - 2

3379 Watchman Drive
Montgomery, Alabama 36116
Telephone: (334) 273-1261