**COURTROOM DEPUTY MINUTES**             DATE: JANUARY 12, 2007

**MIDDLE DISTRICT OF ALABAMA**           DIGITAL RECORDED: 1:26 - 1:27

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR-287-MHT-CSC     **DEFENDANT NAME:** JENNIE MASSEY

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. ~~KENT BRUNSON~~ Toda Brown | ATTY. ~~GWENDOLYN KENNEDY~~ Glenn Zimmerman |

---

✓ **DISCOVERY STATUS:** ~~Complete.~~ Have not received discovery yet. Gvt - Discovery was mailed to atty Kennedy's office.

✓ **PENDING MOTION STATUS:** None.

☐ **PLEA STATUS:**

✓ **TRIAL STATUS:** 1 day to try case, if goes to trial

✓ **REMARKS:** Parties advised to get discovery issues resolved.