IN THE UNITES STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA: | ) |
| | ) |
| V. | )  CASE NO. 2:06CR287-MHT |
| | ) |
| JENNIE MASSEY | ) |

RECEIVED
2007 JAN 25 P 3: 37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO CONTINUE

**COMES NOW** the Defendant, Jennie Massey, by and through her attorney, Gwendolyn Thomas Kennedy, and requests that this matter be continued. As grounds therefor, said Defendant would show as follows:

1. That this matter is scheduled for trial before this Honorable Court on 5 February 2007;

2. That the Defendant needs additional time in which to review the discovery and to prepare for trial; and

3. That contact has been made with the Hon. Kent Bunson, who is prosecuting this matter on behalf of The United States of America, and he has no objection to continuing same.

WHEREFORE, the Defendant prays that this Motion to Continue be GRANTED, and this matter continued.

Respectfully submitted,

GWENDOLYN THOMAS KENNEDY
Attorney for Jennie Massey, Defendant
3379 Watchman Drive
Montgomery, Alabama 36116
(334) 273-1261

OF COUNSEL
Glenn D. Zimmerman

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing **MOTION TO CONTINUE** was served upon Hon. Kent Brunson, Prosecuting United States Attorney, via U.S. Mail, postage prepaid on this the 25th day of January, 2007.

*[signature]*