IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | |
| **vs.** | ) ) | Civil Action Number **2:06-cr-287-UWC** |
| **JENNIE MASSEY,** | ) ) | |
| Defendant. | ) ) | |

## ORDER DENYING MOTION TO SUPPRESS

The Defendant's Motion to Suppress (Doc. 18) is hereby DENIED, without prejudice to the right of the Defendant to renew the motion at trial on an appropriate showing that *Brady* and/or *Giglio* have been violated.

Done this 30th day of January, 2007.

_____
U.W. Clemon
United States District Judge