Glenn D. Zimmerman
3379 Watchman Drive
Montgomery, Alabama 36116
Telephone: (334) 273-1261

Attorney for Jennie Massey

**RECEIVED**

2007 JAN 31 P 2: 48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

The United States of America,

    Plaintiff,

    vs.

Jennie Massey,

    Defendant

Case No.: No. 2:06CR-00287-UWC

**MOTION TO EXTEND TIME FOR FILING**

    **COMES NOW, GLENN D. ZIMMERMAN,** Attorney for the Defendant in the above styled cause and prays this Honorable Court to EXTEND the time for filing Voir Dire Questions and Jury Instructions and as grounds for this motion the undersign states as follows:

1. That the government has failed to provide adequate discovery and the Defendant has been working on getting adequate discovery to prepare for trial.

2. That due to the last minute discovery of material evidence which the government has not turned over, the Defendant was not able to submit the proposed jury questions and voir dire in a timely fashion.

3. That Defendant requests an extension of time under Rule 45 (b) (1) (B), Federal Rules of Criminal Procedure.

4. That the Defendant is filing jury instructions and voir dire concurrently with this motion.

**Motion To Extend Time For Filing - 1**

3379 Watchman Drive
Montgomery, Alabama 36116
Telephone: (334) 273-1261

**RESPECTFULLY SUBMITTED** this the 31st day of January 2007.

                    Glenn D. Zimmerman (ZIM002)
                    Attorney for Jennie Massey
                    3379 Watchman Drive
                    Montgomery, Alabama 36116
                    Telephone:(334) 273-1261

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document has been served on counsel listed below by placing a copy of the same in the United States mail postage prepaid and properly addressed on this the 31st day of January, 2007.

Leura Canary,
U.S. Attorney for
The Middle District of Alabama
1 Church Street
Montgomery, Alabama 36102

                    Glenn D. Zimmerman

**Motion To Extend Time For Filing** - 2      3379 Watchman Drive
                                                                      Montgomery, Alabama 36116
                                                                      Telephone: (334) 273-1261