IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **2:06-cr-287-UWC** |
| **JENNIE MASSEY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER OF CONTINUANCE
AND SETTING HEARING ON MOTIONS TO SUPPRESS**

In order to afford Defendant's counsel ample opportunity to review the audiotape belatedly provided by the Government, the Court hereby CONTINUES for an indefinite period the trial of this cause, on condition that the Defendant waives his rights under the Speedy Trial Act.

A hearing on the Defendant's Amended Motion to Suppress (Doc. 21) is hereby SET for 3:00 p.m. on Wednesday, February 7, 2007, at the Federal Courthouse in Montgomery, Alabama.

Done this 1st day of February, 2007.

U.W. Clemon
United States District Judge
sitting by designation