UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| -vs- | ) CASE NO. 2:06CR-287-UWC |
| | ) |
| JENNIE MASSEY | ) |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Jennie Massey, defendant in the above styled cause, do hereby waive my right to a speedy trial as established in 18 U.S.C. section 3161, et seq. I certify to the Court that I am waiving my rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHT TO A SPEEDY TRIAL.

2-5-07
Date

_Jennie Massey_
Defendant

Gwendolyn Thomas Kennedy
Attorney at Law
3379 Watchman Drive
Montgomery, Alabama 36116
(334) 273-1261

Glenn D. Zimmerman
Attorney at Law
3379 Watchman Drive
Montgomery, Alabama 36116
(334) 273-1261

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| -vs- ) | CASE NO. 2:06CR-287-MHT-CSC |
| ) | |
| ) | |
| JENNIE MASSEY ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/EFC system which will send notification of such filing to the following Leura Garrett Canary Unites States Attorney, Kent Brunson, Assistant United States Attorney.

Respectfully Submitted,

GWENDOLYN THOMAS KENNEDY
GLENN D. ZIMMERMAN

/S/GWENDOLYN THOMAS KENNEDY
/S/GLENN D. ZIMMERMAN
Attorneys for the Defendant
3379 Watchman Drive
Montgomery, Alabama 36116
Telephone: (334) 273-1261
Fax (334) 273-1262
gdzatty@yahoo.com