IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| vs. | ) | CRIMINAL ACTION NUMBER |
| | ) | **2:06-cr-287-UWC-CSC** |
| | ) | |
| **JENNIE MASSEY** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF JURY TRIAL

PLEASE TAKE NOTICE that the jury trial in the above-entitled action, previously set for Monday, February 5, 2007, has been RESCHEDULED for Thursday, April 12, 2007 at 9:00 a.m. before the Honorable U.W. Clemon, United States District Judge, in Courtroom 2-F at the Frank M. Johnson Federal Courthouse in Montgomery, Alabama.

DEBRA P. HACKETT, CLERK

By /s/ Kecia L. Lightner,

Deputy Clerk

Date: February 8, 2007