IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | Criminal Action Number |
| ) | **2:06-cr-287-UWC** |
| **JENNIE MASSEY** ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Amended Motion to Suppress, (Doc. 21). The motion is hereby DENIED.

Done the 26th day of February, 2007.

_____
U.W. Clemon
United States District Judge