IN THE UNITES STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 MAR 28 A 9:30

| UNITED STATES OF AMERICA: | ) | |
|---|---|---|
| | ) | |
| V. | ) | CASE NO. 2:06CR287-UWC |
| JENNIE MASSEY | ) | |

## MOTION TO CONTINUE

**COMES NOW** the Defendant, Jennie Massey, by and through her attorney, Gwendolyn Thomas Kennedy, and requests that this matter be continued. As grounds therefor, said Defendant would show as follows:

1. That this matter is scheduled for trial before this Honorable Court on 12 April 2007;

2. That the Defendant has just lost her grandson to a violent murder in Montgomery and is unable to adequately prepare for her trial;

3. That contact has been made with the Hon. Kent Bunson, who is prosecuting this matter on behalf of The United States of America, and he has no objection to continuing same; and,

4. That all parties verily believe that this matter will settle and preparations are being made to accomplish same.

WHEREFORE, the Defendant prays that this Motion to Continue be GRANTED, and this matter continued.

Respectfully submitted,

*[signature]*

GWENDOLYN THOMAS KENNEDY
GLENN D. ZIMMERMAN
Attorney for Jennie Massey, Defendant
3379 Watchman Drive
Montgomery, Alabama 36116
(334) 273-1261

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing **MOTION TO CONTINUE** was served upon Hon. Kent Brunson, Prosecuting United States Attorney, via U.S. Mail on this the 28th day of March, 2007.

*[signature]*