IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | CRIMINAL ACTION NUMBER |
| | ) | **2:06-cr-287-UWC** |
| **JENNIE MASSEY,** | ) | |
| Defendant. | ) | |

## ORDER

Before the court is defendant's Motion to Continue (Doc. 30). The motion is hereby GRANTED.

Done the 3rd day of April, 2007.

_____
U.W. Clemon
United States District Judge