IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| ) | |
| vs.   ) | CRIMINAL ACTION NUMBER |
| ) | **2:06-cr-287-UWC-CSC** |
| ) | |
| **JENNIE MASSEY**   ) | |
| ) | |
| Defendant.   ) | |

**NOTICE OF JURY TRIAL**

PLEASE TAKE NOTICE that the jury trial in the above-entitled action, previously set for Thursday, April 12, 2007 at 9:00 a.m., has been CONTINUED. Jury selection is scheduled for Monday, July 30, 2007 at 10:00 a.m.  However, counsel should be prepared to address all pending pretrial matters at 9:00 a.m.  The jury trial will commence immediately after jury selection before the Honorable U.W. Clemon, United States District Judge, in Courtroom 2-F at the Frank M. Johnson Federal Courthouse in Montgomery, Alabama.

DEBRA P. HACKETT, CLERK

By /s/ Kecia L. Lightner,

Deputy Clerk

Date: April 24, 2007