IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                              ) | CR. NO. 2:06cr287-UWC |
| ) | |
| JENNIE MASSEY                       ) | |

## MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Indictment heretofore filed in the above-styled cause as to Jennie Massey on the following grounds, to wit: Ms. Massey signed a pre-trial diversion agreement on July 24, 2007.

Respectfully submitted this the 25th day of July, 2007.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 2:06cr287-UWC |
| | ) | |
| JENNIE MASSEY | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE