IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>2:06cr287-UWC</u> |
| | ) | |
| JENNIE MASSEY | ) | |

**PRETRIAL DIVERSION AGREEMENT**

The court has been advised that <u>     Jennie Massey     </u> has entered into a pretrial
(Divertee/Defendant)
diversion agreement dated <u>   July 24, 2007   </u>, with the United States Attorney's Office. A copy of the agreement is attached to this order and is incorporated by reference.

The pretrial diversion agreement includes a condition that requires <u> Jennie Massey </u>
(Divertee/Defendant)
to make restitution in the amount of $<u> 1,135.00 </u> to <u>USDA-FNS-HQ, P.O. Box 953807, St. Louis,</u>
(Address)
<u>MO 63195-3807.</u>

# ORDER

It is ORDERED that the clerk of the court accept and receive restitution payments from <u>Jennie Massey</u> and disburse them to <u>USDA-FNS-HQ, P.O. Box 953807, St. Louis, MO 63195-3807,</u> in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received and disbursed for criminal judgments.

It is further ORDERED that [based on the court's finding that the defendant does not have the ability to pay interest, interest is waived <u>OR</u> the defendant must pay interest on restitution] pursuant to 18 USC 3612(f).

DONE, this the 11th day of December, 2007.

         <u>/s/ Myron H. Thompson</u>
         UNITED STATES DISTRICT JUDGE