IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>2:06cr287-UWC</u> |
| | ) | |
| JENNIE MASSEY | ) | |

**PRETRIAL DIVERSION AGREEMENT**

The court has been advised that <u>    Jennie Massey    </u> has entered into a pretrial
(Divertee/Defendant)
diversion agreement dated <u>    July 24, 2007    </u>, with the United States Attorney's Office. A copy of the agreement is attached to this order and is incorporated by reference.

The pretrial diversion agreement includes a condition that requires <u> Jennie Massey </u>
(Divertee/Defendant)
to make restitution in the amount of $<u> 1,135.00 </u> to <u>USDA-FNS-HQ, P.O. Box 953807, St. Louis,</u>
(Address)
<u>MO 63195-3807.</u>

# AMENDED ORDER

It is ORDERED that the clerk of the court accept and receive restitution payments from <u>Jennie Massey</u> and disburse them to <u>USDA-FNS-HQ, P.O. Box 953807, St. Louis, MO 63195-3807,</u> in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received and disbursed for criminal judgments.

It is further ORDERED that interest is waived, pursuant to 18 USC 3612(f).

DONE, this the 19th day of December, 2007.

<u>    /s/    Myron H. Thompson    </u>
UNITED STATES DISTRICT JUDGE